| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Venue Church Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ally Bank** PO Box 130424 Saint Paul, MN 55113 | | **2017 Ford F150; 110K miles 1FTEW1EG6HFA30483** | | $42,843.90 | $30,605.00 | $12,238.90 |
| **American Express** PO Box 297800 Fort Lauderdale, FL 33329 | | | | | | $32,504.75 |
| **American Express** PO Box 297800 Fort Lauderdale, FL 33329 | | | | | | $25,675.98 |
| **American Express** PO Box 297800 Fort Lauderdale, FL 33329 | | | | | | $20,559.76 |
| **Ancora Education** 2241 S. Watson Road Arlington, TX 76010 | | | | | | $39,568.76 |
| **Bank of America** PO Box 15019 Wilmington, DE 19850 | | | | | | $9,097.08 |
| **Bank of America** PO Box 15019 Wilmington, DE 19850 | | | | | | $1,753.09 |
| **Chattanooga Fire Protection** PO Box 948 Chattanooga, TN 37401 | | | | | | $1,100.00 |
| **Cintas Corp** PO Box 630910 Cincinnati, OH 45263 | | | | | | $1,681.62 |

Debtor **Venue Church Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| City of Chattanooga City Treasurer 101 E 11th Street Suite 100 Chattanooga, TN 37402 | | | | | | $7,981.86 |
| City of Chattanooga Waste Water Division P.O. Box 591 Chattanooga, TN 37401 | | | | | | $1,932.96 |
| CWS-Chatt Hauling 1387 Wisdom Street Chattanooga, TN 37406 | | | | | | $788.83 |
| EPB P.O. Box 182254 Chattanooga, TN 37422-7254 | | | | | | $8,698.26 |
| Fontana Rolloffs PO Box 187 Chickamauga, GA 30707 | | | | | | $489.50 |
| Hamilton County Trustee 625 Georgia Avenue, Room 210 Chattanooga, TN 37402 | | | | | | $2,210.10 |
| Home Depot Credit Dept 32-2188212264 PO Box 70614 Philadelphia, PA 19176 | | | | | | $6,617.20 |
| Invie Graphics PO Box 22963 Chattanooga, TN 37422 | | | | | | $3,769.28 |
| Online Info Services PO Box 1489 Winterville, NC 28590 | | | | | | $7,340.39 |
| Republic Services #997 PO Box 9001099 Louisville, KY 40290 | | | | | | $490.31 |
| Seals Production 6508 Pine Manor Drive Chattanooga, TN 37421 | | | | | | $2,300.00 |