# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Venue Church Inc.**                                           Case No.  **1:22-bk-11829**
                                            Debtor(s)                  Chapter   **11**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
Amend D to correct address and add attorney:

Burns, Henry & Kirksey, P.C.
175 Spring Street, NW
Cleveland, TN 37311

First Citizens National Bank
PO Box 370
Dyersburg, TN 38025

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:UST and Trustee

Date:  **August 24, 2022**          /s/ W. Thomas Bible, Jr.
                                    **W. Thomas Bible, Jr. 014754**
                                    Attorney for Debtor(s)
                                    **Tom Bible Law**
                                    **6918 Shallowford Road, Suite 100**
                                    **Chattanooga, TN 37421**
                                    **(423)424-3116 Fax:(423)499-6311**
                                    **tom@tombiblelaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on 8/24/22, a copy of Amended D was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below:

Burns, Henry & Kirksey, P.C.
175 Spring Street, NW
Cleveland, TN 37311

First Citizens National Bank
PO Box 370
Dyersburg, TN 38025

                    W.Thomas Bible, Jr.
                    W. Thomas Bible,

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Venue Church Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | **1:22-bk-11829** |

■ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Ally Bank**<br>Creditor's Name<br><br>**PO Box 130424**<br>**Saint Paul, MN 55113**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**2017 Ford F150; 110K miles**<br>**1FTEW1EG6HFA30483**<br><br>**Describe the lien**<br>**Auto**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42,843.90 | $30,605.00 |
| **2.2** **First Citizens National Bank**<br>Creditor's Name<br><br>**PO Box 370**<br>**Dyersburg, TN 38025**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**6401 Lee Highway Suite 101, Chattanooga TN 37421**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $2,770,000.00 | $4,500,000.00 |

Official Form 206D               Schedule D: Creditors Who Have Claims Secured by Property               page 1 of 3

| Debtor | Venue Church Inc. | | Case number (if known) | **1:22-bk-11829** |
|---|---|---|---|---|
| | Name | | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Hal Prop at Lee Pointe No. 3, LLC**
**2. First Citizens National Bank**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **GM Financial** | **Describe debtor's property that is subject to a lien** | **$23,340.61** | **$27,240.00** |
|---|---|---|---|---|
| | Creditor's Name | **2018 Chevrolet Sububan; 110K miles; 1GNSCHKC3JR174025** | | |
| | **P.O. BOX 161145** | | | |
| | **Arlington, TX 76096** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.4 | **Hal Prop at Lee Pointe No. 3, LLC** | **Describe debtor's property that is subject to a lien** | **$8,500.00** | **$4,500,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **6401 Lee Highway Suite 101, Chattanooga TN 37421** | | |
| | **1200 Premier Drive Suite 210 Chattanooga, TN 37421** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | **Specified on line 2.2** | ☐ Disputed | | |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$2,844,684.51** |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Debtor **Venue Church Inc.**
     <sub>Name</sub>

Case number (if known) **1:22-bk-11829**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Burns, Henry & Kirksey, P.C.**<br>**175 Spring Street, NW**<br>**Cleveland, TN 37311** | Line **2.2** | |

# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Venue Church Inc.**  
Debtor(s)

Case No.  **1:22-bk-11829**  
Chapter  **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of __0__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 24, 2022**　　　Signature  **/s/ Tavner Smith**  
　　　　　　　　　　　　　　　　　　　**Tavner Smith**  
　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.